PS 8 (Rev. 8/14)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| vs. | ) ) ) ) ) Docket No.: 0537 4:15CR00051-005 |
| Lakisha Balket | ) ) ) |

### Petition on Action on Conditions of Pretrial Release

COMES NOW Valarie F. Peters PRETRIAL SERVICES OFFICER OF THE COURT presenting an official report upon the conduct of defendant Lakisha Balket who was placed under pretrial release supervision by the Honorable Nancy K. Johnson sitting in the court at Southern District of Texas, on the 3 day of June, 2015, under the following conditions:

Substance Abuse Evaluation
Drug Treatment
No Illegal Use of Controlled Substances
No Excessive Alcohol Use
Substance Abuse Testing
No Tampering with Substance Abuse Testing
Pretrial Services Supervision
Report Change of Address
Residential Requirements/Restrictions
Travel Restrictions to SD/TX and ND/MS (court appearances only)
Obtain No New Passport
No Contact with Victim/Witness
Obtain and Maintain Employment
Report Contact with Law Enforcement
Weapons Restriction

On June 16, 2015, the defendant waived appearance before Judge Jane M. Virden in Greenville, MS, and was ordered to remain on the same bond conditions imposed in Southern District of Texas.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant has requested to move to the Western District of Louisiana to attend Sowela Technical Community College and reside with her mother in Lake Charles, LA.

PS 8 (Rev. 8/14)

PRAYING THAT THE COURT WILL ORDER the defendant's bond condition of travel restriction is modified to the Western District of Louisiana and Northern District of Mississippi (court appearances only).

### ORDER OF COURT

Considered and ordered this **3rd** day of **Nov.**, 20**15** and ordered filed and made a part of the records in the above case.

_____
Jane M. Virden
U.S. Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed
On November 3, 2015

_____
Valain F. Peters
U.S. Probation Officer

Place: Oxford, Mississippi

_____
Reviewed

cc: AUSA William Chadwick Lamar
AUSA Clyde McGee, IV